938

petitioner. *Bernard Margolius, Joseph B. Danzansky* and *Carleton U. Edwards II* for respondent. 

No. 487. ANDERSON ET AL., DOING BUSINESS AS PACIFIC MOULDED PRODUCTS CO., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Carl M. Gould* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 488. SPANG ET AL., DOING BUSINESS AS CUBE STEAK MACHINE CO., *v.* WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Cedric W. Porter* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger, Melvin Richter* and *Hubert H. Margolies* for respondent.

No. 489. TICKLE *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Wm. Reid Dalton* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 491. WIREN *v.* PARAMOUNT PICTURES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Benjamin F. Pollack, James M. Landis* and *George J. Solomon* for petitioner. *William E. Leahy, Wm. J. Hughes, Jr.* and *Louis Phillips* for respondent.

No. 496. DIETRICH *v.* DIETRICH. Supreme Court of California. Certiorari denied. *Clark M. Clifford, Wil-*

liam H. Dorsey, Jr., Loyd Wright and Charles A. Loring for petitioner. Frank B. Belcher for respondent. ■

No. 236, Misc. Keys v. Pennsylvania et al. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 254, Misc. Garraffa v. New York. Appellate Division of the Supreme Court of New York, First Department. Certiorari denied.

No. 258, Misc. Rubinstein v. Rubinstein et al. Court of Appeals of New York. Certiorari denied. John F. X. Finn for petitioner. George P. Halperin for Rubinstein; Joseph Glass for Sztykgold et al.; and Edwin B. Wolchok for British American Equities, Inc. et al., respondents.

No. 274, Misc. Swain v. Teets, Warden. Supreme Court of California. Certiorari denied.

No. 283, Misc. Schanda v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 286, Misc. Lair v. Randolph, Warden. Supreme Court of Illinois. Certiorari denied.

No. 288, Misc. Curley v. Wisconsin. Supreme Court of Wisconsin. Certiorari denied.

No. 294, Misc. Appice v. New Jersey. Supreme Court of New Jersey. Certiorari denied.

No. 296, Misc. Lilyroth v. Ragen, Warden. Circuit Court of Lee County, Illinois. Certiorari denied.